No. —, original. Ex parte W. A. Denson. November 21, 1938. Motion for leave to file petition for writ of mandamus denied. Mr. Justice Black took no part in the consideration and decision of this application.

No. 387. Caroline C. Spalding *v.* United States; and

No. 388. Silby M. Spalding *v.* Same. November 21, 1938. Motions to recall orders (*post,* p. 644) denying petitions for writs of certiorari denied.

No. 104. Montana ex rel. Board of County Commissioners *v.* Bruce, County Assessor, et al. November 21, 1938. Leave granted the United States to appear and present oral argument as *amicus curiae* on motion of *Solicitor General Jackson* in that behalf.

No. —. Ex parte Century Indemnity Co. November 21, 1938. Returns of Honorable Curtis D. Wilbur and Honorable William Denman to the rule to show cause presented.

No. —, original. In the Matter of the Petition of Committee for Industrial Organization, American Civil Liberties Union, et al., for a Writ of Mandamus